United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL DONTEZE WILLIAMS,<br>　　　　Plaintiff,<br>　　v.<br>Z. AUSTEN,<br>　　　　Defendant. | Case No. 19-cv-06882-YGR (PR)<br><br>**JUDGMENT** |

　　For the reasons set forth in this Court's Order Granting Defendant's Motion for Summary Judgment,

　　IT IS ORDERED AND ADJUDGED

　　That pursuant to the Court's Order, judgment is hereby entered in favor of Defendant Austen and against Plaintiff. And that each party bear its own costs of action.

Dated: September 16, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge